| United States Bankruptcy Court<br>Western District of Missouri<br>Document    Page 1 of 55 | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Modern Exteriors of Springfield, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Modern Exteriors of Springfield** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **20-2168307, 0938** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**810 W. Norton Road**<br>**Springfield, MO**<br>ZIP CODE **65803** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Greene** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**810 W. Norton Road, Springfield, MO**     ZIP CODE **65803**

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☑ Chapter 11       Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                    Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | **Modern Exteriors of Springfield, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☑  Exhibit A is attached and made a part of this petition. | X  **Not Applicable** _____<br>    Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>    ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>    ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | **Modern Exteriors of Springfield, Inc.** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| | ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached. |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |
| X **Not Applicable** | X **Not Applicable** |
| Signature of Debtor | (Signature of Foreign Representative) |
| X **Not Applicable** | |
| Signature of Joint Debtor | (Printed Name of Foreign Representative) |
| Telephone Number (If not represented by attorney) | |
| Date | Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X **/s/Raymond I. Plaster** | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
| Signature of Attorney for Debtor(s) | |
| **Raymond I. Plaster  Bar No.  35485** | |
| Printed Name of Attorney for Debtor(s) / Bar No. | |
| **Raymond I. Plaster, P.C.** | |
| Firm Name | |
| **2032 E. Kearney, #107 Springfield, MO 65803** | |
| Address | **Not Applicable** |
| | Printed Name and title, if any, of Bankruptcy Petition Preparer |
| **417-831-6900**          **417-831-6901** | |
| Telephone Number | Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **7/15/2011** | |
| Date | |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | Address |

| **Signature of Debtor (Corporation/Partnership)** | X **Not Applicable** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | Date |
| | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
| The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| X **/s/ Glenn R. Atkinson** | If more than one person prepared this document, attach to the appropriate official form for each person. |
| Signature of Authorized Individual | |
| **Glenn R. Atkinson** | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| Printed Name of Authorized Individual | |
| **President** | |
| Title of Authorized Individual | |
| **7/15/2011** | |
| Date | |

**UNITED STATES BANKRUPTCY COURT**
**Western District of Missouri**

In re: __Modern Exteriors of Springfield, Inc._____.

Case No.

_____ **Debtor**

Chapter   **11**

# Exhibit "A" to Voluntary Petition

1.  If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is .

2.  The following financial data is the latest available information and refers to debtor's condition on .

a.  Total assets      $ _____ **375,864.72**

b.  Total debts (including debts listed in 2.c., below)      $ _____ **787,815.16**

Approximate
number of
holders

c.  Debt securities held by more than 500 holders.

    secured              unsecured          subordinated      _____      _____

d.  Number of shares of preferred stock      _____      _____

e.  Number of shares of common stock      _____      _____

    Comments, if any:

3.  Brief description of debtor's business:

    **Remodeling**

4.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

    **Glenn R. Atkinson**

Exhibit A - Page 1

## United States Bankruptcy Court

### Western District of Missouri

In re:                                                                          Case No. _____

                                                                               Chapter    **11**

    **Modern Exteriors of Springfield, Inc.**


# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION


    I, **Glenn R. Atkinson**, declare under penalty of perjury that I am the **President** of **Modern Exteriors of Springfield, Inc.,** a  **Missouri** Corporation and that on **06/15/2011** the following resolution was duly adopted by the **Glenn R. Atkinson** of this Corporation:


    "Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that **Glenn R. Atkinson**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and


    Be It Further Resolved, that **Glenn R. Atkinson**, **President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and


    Be It Further Resolved, that **Glenn R. Atkinson**, **President** of this Corporation, is authorized and directed to employ **Raymond I. Plaster**, attorney and the law firm of **Raymond I. Plaster, P.C.** to represent the Corporation in such bankruptcy case."


Executed on:  **7/15/2011** _____          Signed:  **/s/ Glenn R. Atkinson** _____

                                                         **Glenn R. Atkinson**

## United States Bankruptcy Court
## Western District of Missouri

In re:  **Modern Exteriors of Springfield, Inc.**

Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
|  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Glenn R. Atkinson**, **President** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  <u>7/15/2011</u>

/s/ Glenn R. Atkinson

**Glenn R. Atkinson, President, Modern Exteriors of Springfield, Inc.**

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Western District of Missouri

In re **Modern Exteriors of Springfield, Inc.** _____ , Case No. _____

Debtor

Chapter **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| John Cook 1142 W. Woodhaven Springfield, MO 65810 | | | UNLIQUIDATED | $2,550.00 |
| Internal Revenue Service Insolvency Unit P. O. Box 21126 Philadelphia, PA 19114 | | | UNLIQUIDATED | $318,633.02 |
| AT&T Advertising, LP c/o Douglas S. Evans P. O. Box 10545 Springfield, MO 65808 | | | UNLIQUIDATED | $101,988.44 |
| John Cooke 1142 S. Woodhaven St. Springfield, MO 65810 | | | UNLIQUIDATED | $50,000.00 |
| Yellow Book Sales & Dist. Co. c/o Vogler Law Firm P. O. Box 419037 St. Louis, MO 63141 | | | UNLIQUIDATED | $48,821.93 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Modern Exteriors of Springfield, Inc.** _____ , Case No. _____
                                            Debtor                    Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Thermal Industries, Inc.**<br>**c/o Douglas S. Evans**<br>**P. O. Box 10545**<br>**Springfield, MO 65808** | | | UNLIQUIDATED | **$36,548.66** |
| **Meek Lumber Yard, Inc.**<br>**c/o Charles B. Tuck**<br>**3812 S. Fremont**<br>**Springfield, MO 65804** | | | UNLIQUIDATED | **$14,500.00** |
| **Advanta**<br>**P. O. Box 8088**<br>**Philadelphia, PA 19101** | | | UNLIQUIDATED | **$14,293.36** |
| **John Cook**<br>**1142 W. Woodhaven**<br>**Springfield, MO 65810** | | | UNLIQUIDATED | **$10,950.00** |
| **Herrman Building Materials, Inc.**<br>**c/o Kenneth A. Sprenger**<br>**901 St. Louis St., #1800**<br>**Springfield, MO 65806** | | | UNLIQUIDATED | **$11,152.08** |
| **Missouri Dept. of Labor**<br>**P. O. Box 59**<br>**Jefferson City, MO 65104-0059** | | | UNLIQUIDATED | **$11,129.89** |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Modern Exteriors of Springfield, Inc.**                                    ,    Case No. _____

_____
                    Debtor                                              Chapter    **11**    _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Home Depot Credit Services**<br>P. O. Box 509058<br>San Diego, CA 92150 | | | UNLIQUIDATED | **$9,055.79** |
| **Shelter Distribution, Inc.**<br>c/o Kevin L. Seltzer<br>222 S. Central Ave. #1004<br>Clayton, MO 63105 | | | UNLIQUIDATED | **$8,632.10** |
| **Missouri Employers Mutual**<br>c/o David A. Kraft<br>4110 Baltimore Ave.<br>Kansas City, MO 64111 | | | UNLIQUIDATED | **$8,349.91** |
| **Newsleader**<br>P. O. Box 677568<br>Dallas, TX 75267-7568 | | | UNLIQUIDATED | **$7,939.79** |
| **Sam's Club/Discover**<br>P. O. Box 530970<br>Atanta, GA 30353-0970 | | | UNLIQUIDATED | **$7,495.69** |
| **Sutherlands**<br>**GE Money Bank**<br>P. O. Box 960061<br>Orlando, FL 32896-0061 | | | UNLIQUIDATED | **$6,269.04** |

B4 (Official Form 4) (12/07)4 -Cont.

In re   **Modern Exteriors of Springfield, Inc.**                                    ,   Case No. _____
                              Debtor                                          Chapter   **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **St. Johns Regional Health Center**<br>**1235 E Cherokee**<br>**Springfield MO  65804** | | | UNLIQUIDATED | **$5,874.08** |
| **Names & Numbers**<br>**P. O. Box 1479**<br>**Pittsburg, KS 66762** | | | UNLIQUIDATED | **$5,678.77** |
| **Metals USA**<br>**File 849908**<br>**Dallas, TX 75284-9908** | | | UNLIQUIDATED | **$5,230.17** |
| **Alside Supply**<br>**c/o William F. Whealen, Jr.**<br>**Miller & Steeno, PC**<br>**11970 Borman Dr. #250**<br>**St. Louis, MO 63146** | | | UNLIQUIDATED | **$5,001.83** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Glenn R. Atkinson, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:   **7/15/2011** _____          Signature:   **/s/ Glenn R. Atkinson** _____

                                                  **Glenn R. Atkinson ,President** _____
                                                  (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**B6 Cover (Form 6 Cover) (12/07)**

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities


| | | |
|---|---|---|
| Schedule A | - | Real Property |
| Schedule B | - | Personal Property |
| Schedule C | - | Property Claimed as Exempt |
| Schedule D | - | Creditors Holding Secured Claims |
| Schedule E | - | Creditors Holding Unsecured Priority Claims |
| Schedule F | - | Creditors Holding Unsecured Nonpriority Claims |
| Schedule G | - | Executory Contracts and Unexpired Leases |
| Schedule H | - | Codebtors |
| Schedule I | - | Current Income of Individual Debtor(s) |
| Schedule J | - | Current Expenditures of Individual Debtor(s) |

Unsworn Declaration under Penalty of Perjury


GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank.


Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.


Review the specific instructions for each schedule before completing the schedule.

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court

## Western District of Missouri

In re **Modern Exteriors of Springfield, Inc.**                                    ,          Case No. _____

                                              Debtor

                                                                              Chapter    __11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 1 | $ 0.00 | | |
| B - Personal Property | YES | 4 | $ 375,864.72 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 53,866.15 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 342,078.03 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 14 | | $ 369,818.90 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 27 | $ 375,864.72 | $ 765,763.08 | |

Form 6 - Statistical Summary (12/07)

## United States Bankruptcy Court
## Western District of Missouri

In re **Modern Exteriors of Springfield, Inc.**

Case No. _____

Debtor

Chapter    **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 331,128.03 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 331,128.03 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 342,078.03 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 369,818.90 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 369,818.90 |

**B6A (Official Form 6A) (12/07)**

In re: **Modern Exteriors of Springfield, Inc.**                                          Case No. _____
_____
                        **Debtor**                                                                                (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

   **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

   If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

   If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |
| | | Total ➢ | 0.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Modern Exteriors of Springfield, Inc.**                              ,          Case No. _____
                          Debtor                                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty Cash** | | **26.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking #7001** | | **632.17** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **City Utilities of Springfield** | | **100.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re **Modern Exteriors of Springfield, Inc.** ,          Case No. _____
              Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | | **76,372.57** |
| Accounts receivable. | | **Note Receivable from Sterling Moore** | | **10,245.53** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1992 Chevrolet Dump Truck** | | **7,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1993 Coose Gooseneck Trailer** | | **2,850.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 International Box Truck** | | **19,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Homemade Flatbad Trailer VIN: 848** | | **750.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 LLFS Construction Trailer, VIN: 3054** | | **900.00** |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Modern Exteriors of Springfield, Inc.**                    ,          Case No. _____
           Debtor                                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Homemade Flatbed Trailer VIN: 1605** | | 375.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Toyota Tundra VIN: 828** | | 6,835.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Toyota Tundra VIN: 8906** | | 6,835.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Lexus LS 430** | | 13,035.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Haulmark Enclosed Trailer** | | 2,500.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Homemade Flatbed Trailer VIN: 6777** | | 1,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Homemade Flatbed Trailer VIN: 6778** | | 1,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Wells Cargo Enclosed Trailer** | | 3,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Homemade Construction Trailer VIN: 844** | | 800.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Schwartz Construction Trailer VIN: 3016** | | 5,900.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Toyota Rav 4** | | 17,600.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Toyota Tundra VIN: 6152** | | 25,030.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Toyota Tundra VIN: 7226** | | 25,030.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Furniture & Equipment** | | 5,296.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | | **Business Inventory** | | 143,752.45 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re **Modern Exteriors of Springfield, Inc.** _____ ,          Case No. _____

                                   **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | _3_   continuation sheets attached | Total ⟶ | **$ 375,864.72** |

(Include amounts from any continuation sheets
attached. Report total also on Summary of
Schedules.)

B6D (Official Form 6D) (12/07)

In re **Modern Exteriors of Springfield, Inc.** _____ .     Case No. _____

Debtor                                                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6144<br><br>**Toyota Motor Credit Corp**<br>**PO Box 2431**<br>**Carol Stream IL  60132-2431** | X | | **Security Agreement**<br>**2008 Toyota Rav 4**<br><br>**VALUE $17,600.00** | | X | | 15,183.66 | 0.00 |
| ACCOUNT NO.  3056<br><br>**Toyota Motor Credit Corp**<br>**PO Box 2431**<br>**Carol Stream IL  60132-2431** | X | | **Security Agreement**<br>**2008 Toyota Tundra VIN: 6152**<br><br>**VALUE $25,030.00** | | X | | 15,008.71 | 0.00 |

1    continuation sheets
     attached

Subtotal  ➤
(Total of this page)                                             $     30,192.37  $          0.00

Total  ➤
(Use only on last page)                                         $                     $

(Report also on Summary of   (If applicable, report
Schedules)                    also on Statistical
                              Summary of Certain
                              Liabilities and
                              Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Modern Exteriors of Springfield, Inc.**                              .          Case No.  _____
                              **Debtor**                                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2610<br>Toyota Motor Credit Corp<br>PO Box 2431<br>Carol Stream IL  60132-2431 | X | | Security Agreement<br>2002 Lexus LS 430<br><br>VALUE $13,035.00 | | X | | 9,739.17 | 0.00 |
| ACCOUNT NO.  2539<br>Toyota Motor Credit Corp<br>PO Box 2431<br>Carol Stream IL  60132-2431 | X | | Security Agreement<br>2008 Toyota Tundra VIN: 7226<br><br>VALUE $25,030.00 | | X | | 13,934.61 | 0.00 |

Sheet no.  1 of  1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $    23,673.78 | $    0.00 |
| $    53,866.15 | $    0.00 |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re   **Modern Exteriors of Springfield, Inc.** _____     Case No. _____
                                                    Debtor                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑  **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6E (Official Form 6E) (4/10) – Cont.**

In re   **Modern Exteriors of Springfield, Inc.**                                    .          Case No. _____
                                     Debtor                                                                      (If known)

❑   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>**2**</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re  **Modern Exteriors of Springfield, Inc.**                                    ,        Case No. _____
                                                                                                                    (If known)
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**John Cook**<br>**1142 W. Woodhaven**<br>**Springfield, MO 65810** | | | **2010**<br>**Unpaid wages** | | X | | **10,950.00** | **10,950.00** | **$0.00** |

Sheet no. <u>1</u> of <u>2</u> continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ➤<br>(Totals of this page) | $  **10,950.00** | $  **10,950.00** | $  **0.00** |
| Total ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

B6E (Official Form 6E) (4/10) – Cont.

In re   **Modern Exteriors of Springfield, Inc.**                          ,                    Case No. _____

_____
Debtor                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service Insolvency Unit P. O. Box 21126 Philadelphia, PA 19114** | | | **2009 - 2010 940 Tax** | | X | | 1,365.12 | 1,365.12 | $0.00 |
| ACCOUNT NO.<br>**Internal Revenue Service Insolvency Unit P. O. Box 21126 Philadelphia, PA 19114**<br><br>**U.S. Attorney Room 5510 U.S. Courthouse 400 E. 9th St. Kansas City, MO 64106** | | | **1/2008 - 4/2010 941 Tax** | | X | | 318,633.02 | 318,633.02 | $0.00 |
| ACCOUNT NO.<br>**Missouri Dept. of Labor P. O. Box 59 Jefferson City, MO 65104-0059** | | | **2009 - 1/2011 SUTA** | | X | | 11,129.89 | 11,129.89 | $0.00 |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)   $ **331,128.03** | $ **331,128.03** | $ **0.00**

Total  ▷
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **342,078.03**

Total  ▷
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )   $ **342,078.03** | $ **0.00**

B6F (Official Form 6F) (12/07)

In re  **Modern Exteriors of Springfield, Inc.**                          Case No. _____
                          Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐      Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **6118; 0281; 6236**<br><br>**ABC Supply**<br>**P. O. Box 470606**<br>**Tulsa, OK 74147** | | | **2008**<br><br>**Trade Debt** | | **X** | | **2,421.37** |
| ACCOUNT NO.  **4680**<br><br>**ADT Security Services**<br>**P. O. BOx 371956**<br>**Pittsburgh, PA 15250-7956** | | | **2008 - 2009**<br><br>**Security System** | | **X** | | **2,193.21** |

_13_  Continuation sheets attached

Subtotal ➤ | $ | **4,614.58**

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Modern Exteriors of Springfield, Inc.**                          Case No. _____
                          **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **7861**<br><br>**Advanta**<br>**P. O. Box 8088**<br>**Philadelphia, PA 19101** | | | **2008-2009**<br><br>**Credit Card** | | **X** | | **14,293.36** |
| ACCOUNT NO.    **1031-CV14119**<br><br>**Alside Supply**<br>**c/o William F. Whealen, Jr.**<br>**Miller & Steeno, PC**<br>**11970 Borman Dr. #250**<br>**St. Louis, MO 63146** | | | **11/17/2010**<br><br>**Money Judgment** | | **X** | | **5,001.83** |
| ACCOUNT NO.<br><br>**American Express**<br>**P. O. Box 360002**<br>**Ft. Lauderdale, FL 3336-0002** | | | **2009 - 2010**<br><br>**Credit Card** | | **X** | | **1,116.00** |
| ACCOUNT NO.<br><br>**AT&T Advertising**<br>**P. O. Box 930170**<br>**Dallas, TX 75393-0170** | | | **2009**<br><br>**Phone Service** | | **X** | | **1,403.38** |
| ACCOUNT NO.    **1031-CV07996**<br><br>**AT&T Advertising, LP**<br>**c/o Douglas S. Evans**<br>**P. O. Box 10545**<br>**Springfield, MO 65808** | | | **7/8/2010**<br><br>**Money Judgment** | | **X** | | **101,988.44** |

Sheet no. _1_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $     **123,803.01**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Modern Exteriors of Springfield, Inc.** _____     Case No. _____
                                    **Debtor**                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **1419**<br><br>**Aurora Advertiser**<br>**P. O. Box 509**<br>**Aurora, MO 65605** | | | **2008**<br><br>**Advertising** | | X | | **440.00** |
| ACCOUNT NO.<br><br>**AutoZone**<br>**P. O. Box 116067**<br>**Atlanta, GA 30368-6067** | | | **2008 - 2009**<br><br>**Credit Account** | | | | **4,855.99** |
| ACCOUNT NO.<br><br>**Baer Supply Company**<br>**909 Forest Edge Drive**<br>**Vernon Hills, IL 60061** | | | **2009**<br><br>**Trade Debt** | | X | | **51.98** |
| ACCOUNT NO.<br><br>**Big O Tire**<br>**c/o MFA Oil Co.**<br>**P. O. Box 519** | | | **2008 - 2009**<br><br>**Trade Debt** | | X | | **1,182.79** |
| ACCOUNT NO.<br><br>**Bolivar Insulation**<br>**P. O. Box 970**<br>**Springfield, MO 65801** | | | **2009**<br><br>**Trade Debt** | | X | | **240.16** |

Sheet no. _2_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $      **6,770.92**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Modern Exteriors of Springfield, Inc.**                     Case No. _____
                              _____
                              Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Brittney Incorporated**<br>**2237 E. Kearney**<br>**Springfield, MO 65803** | | | **2007 - 2008**<br>**Trade Debt** | | X | | **1,940.83** |
| ACCOUNT NO.<br><br>**Cable Net**<br>**c/o Steadman & Steele**<br>**P. O. Box 36326**<br>**Houston, TX 77236** | | | **2007 - 2008**<br>**Trade Debt** | | X | | **563.12** |
| ACCOUNT NO.<br><br>**Carter-Waters Const. Materials**<br>**P. O. Box 414926**<br>**Kansas City, MO 64141-4926** | | | **2008**<br>**Trade Debt** | | X | | **521.98** |
| ACCOUNT NO.<br><br>**Cintas Corporation**<br>**4600 E. Mustard Way**<br>**Springfield, MO 65803** | | | **208**<br>**Trade Debt** | | X | | **907.00** |
| ACCOUNT NO.<br><br>**Cintas First Aid & Safety**<br>**#F70**<br>**P. O. Box 3325**<br>**Coppell, TX 75019** | | | **2009**<br>**Trade Debt** | | X | | **136.45** |

Sheet no. _3_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $   **4,069.38**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Modern Exteriors of Springfield, Inc.** _____     Case No. _____
                                    Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**City Utilities of Springfield Attn: Michelle McMillin 1505 Booonville Springfield, MO 65803** | | | **2007 -2008**<br><br>**Advertising** | | X | | **2,064.00** |
| ACCOUNT NO.   **31196CC3966**<br><br>**Dennis L. Peak c/o Steven E. Marsh 2060 E. Sunshine Springfield, MO 65804** | X | | **2006**<br><br>**Claim for Injury** | X | X | X | **Unknown** |
| ACCOUNT NO.<br><br>**Express Personnel Service P. O. Box 730039 Dallas, TX 75373-0039** | | | **2008 - 2010**<br><br>**Trade Debt** | | X | | **1,702.37** |
| ACCOUNT NO.<br><br>**Fed Ex P. O. Box 94515 Palatine, IL 60094-4515** | | | **2008**<br><br>**Trade Debt** | | X | | **311.70** |
| ACCOUNT NO.<br><br>**Fstop Publications, LLC Sarcoxie Publishing Co. P. O. Box 400 Sarcoxie, MO 64862-0400** | | | **2008**<br><br>**Trade Debt** | | X | | **225.00** |

Sheet no. _4_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **4,303.07**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Modern Exteriors of Springfield, Inc.**                              Case No. _____
                          Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**General Rental Center**<br>**5117 S. Campbell**<br>**Springfield, MO 65810** | | | **2010 - 2011**<br>**Trade Debt** | | X | | **854.26** |
| ACCOUNT NO.<br><br>**Graybar**<br>**P. O. Box 504490**<br>**St. Louis, MO 63150-4490** | | | **2008**<br>**Trade Debt** | | X | | **549.36** |
| ACCOUNT NO.<br><br>**Greenfield Vedette**<br>**P. O. Box 216**<br>**Greenfield, MO 65661** | | | **2007 - 2009**<br>**Trade Debt** | | X | | **189.96** |
| ACCOUNT NO.<br><br>**Henry's Towing**<br>**2806 S. Farm Road 115**<br>**Brookline, MO 65619** | | | **2010**<br>**Trade Debt** | | X | | **189.81** |

Sheet no. _5_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $           **1,783.39**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Modern Exteriors of Springfield, Inc.**                     Case No. _____
                    **Debtor**                                                   **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Home Depot Credit Services**<br>**P. O. Box 509058**<br>**San Diego, CA 92150**<br><br>**PCSI**<br>**P. O. Box 66768**<br>**Houston, TX 77266** | | | **2008**<br><br>**Credit Card/Trade Debt** | | X | | **9,055.79** |
| ACCOUNT NO.<br><br>**Huttig Building Products**<br>**36904 Treasury Center**<br>**Chicago, IL 60694-6900** | | | **2008**<br><br>**Trade Debt** | | X | | **585.57** |
| ACCOUNT NO.<br><br>**John Cook**<br>**1142 W. Woodhaven**<br>**Springfield, MO 65810** | | | **2010**<br><br>**Wage Claim** | | X | | **2,550.00** |
| ACCOUNT NO.<br><br>**John Cooke**<br>**1142 S. Woodhaven St.**<br>**Springfield, MO 65810** | | | **9/16/2010**<br><br>**Loan to Company** | | X | | **50,000.00** |

Sheet no. <u>6</u> of <u>13</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                **62,191.36**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Modern Exteriors of Springfield, Inc.**                                      Case No. _____
                         Debtor                                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Kay Concrete Materials Co.**<br>**P. O. Box 148**<br>**Monett, MO 65708** | | | **2008**<br><br>**Trade Debt** | | X | | **45.24** |
| ACCOUNT NO.<br><br>**Lawrence County Record**<br>**312 S. Hickory**<br>**Mt. Vernon, MO 65712** | | | **2007 - 2009**<br><br>**Trade Debt** | | X | | **332.60** |
| ACCOUNT NO.<br><br>**Marmic Fire & Safety Co.**<br>**3045-H E. Chestnut Expwy.**<br>**Springfield, MO 65802** | | | **2009**<br><br>**Trade Debt** | | X | | **73.24** |
| ACCOUNT NO.  **0931-CV03449**<br><br>**Meek Lumber Yard, Inc.**<br>**c/o Charles B. Tuck**<br>**3812 S. Fremont**<br>**Springfield, MO 65804** | X | | **4/7/2009**<br><br>**Money Judgment** | | X | | **3,600.00** |
| ACCOUNT NO.<br><br>**Metals USA**<br>**File 849908**<br>**Dallas, TX 75284-9908** | | | **2008**<br><br>**Trade Debt** | | X | | **5,230.17** |

Sheet no.  7 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                                                **9,281.25**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Modern Exteriors of Springfield, Inc.** _____     Case No. _____
_____
                                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **1031-CV17093**<br><br>**Missouri Employers Mutual<br>c/o David A. Kraft<br>4110 Baltimore Ave.<br>Kansas City, MO 64111** | | | **3/7/2011**<br><br>**Money Judgment** | | X | | **8,349.91** |
| ACCOUNT NO.<br><br>**Monett Times<br>505 Broadway<br>Monett, MO 65708** | | | **2008 - 2009**<br><br>**Advertising** | | X | | **380.55** |
| ACCOUNT NO.<br><br>**Names & Numbers<br>P. O. Box 1479<br>Pittsburg, KS 66762** | | | **2009 - 2010**<br><br>**Advertising** | | X | | **5,678.77** |
| ACCOUNT NO.<br><br>**National Processing Company<br>5100 Interchange Way<br>Louisville, KY 40229** | | | **2011**<br><br>**Processing Fees** | | X | | **79.87** |
| ACCOUNT NO.<br><br>**Newsleader<br>P. O. Box 677568<br>Dallas, TX 75267-7568** | | | **2008**<br><br>**Advertising** | | X | | **7,939.79** |

Sheet no. _8_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $    **22,428.89**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Modern Exteriors of Springfield, Inc.** _____     Case No. _____
                    <u>Debtor</u>                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Nixon & Lindstrom Insurance<br>c/o David Endacott<br>901 E. Battlefield<br>Springfield, MO 65807 | | | 2011<br><br>Insurance | | X | | 2,713.63 |
| ACCOUNT NO.   0931-CV15267<br><br>Norandex Building Materials Dist.<br>c/o Michael H. Berman<br>P. O. Box 480707<br>Kansas City, MO 64148 | X | | 9/16/2010<br><br>Money Judgment | | X | | 4,083.02 |
| ACCOUNT NO.<br><br>Ozarks Senior Living<br>2010 S. Stewart Ave.<br>Springfield, MO 65804 | | | 2008<br><br>Advertising | | X | | 595.00 |
| ACCOUNT NO.<br><br>Sam's Club/Discover<br>P. O. Box 530970<br>Atanta, GA 30353-0970 | | | 2008 - 2009<br><br>Credit Card | | X | | 7,495.69 |
| ACCOUNT NO.<br><br>Schaub & Company<br>4740 Talon Court SE #4<br>Grand Rapids, MI 49512 | | | 2008<br><br>Trade Debt | | X | | 366.82 |

Sheet no. _9_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ►  $        **15,254.16**

Total   ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   __Modern Exteriors of Springfield, Inc.__                         Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Seminole Decor Center<br>1815 E. Seminole<br>Springfield, MO 65804** | | | **2008 - 2009**<br><br>**Trade Debt** | | X | | **240.44** |
| ACCOUNT NO.   **0931-CV12835**<br><br>**Shelter Distribution, Inc.<br>c/o Kevin L. Seltzer<br>222 S. Central Ave. #1004<br>Clayton, MO 63105** | X | | **10/6/2010**<br><br>**Money Judgment** | | X | | **8,632.10** |
| ACCOUNT NO.<br><br>**Springfield's Best<br>901 E St. Louis #105<br>Springfield, MO 65806** | | | **2009 - 2010**<br><br>**Advertising** | | X | | **3,150.00** |
| ACCOUNT NO.<br><br>**St. Johns Regional Health Center<br>1235 E Cherokee<br>Springfield MO  65804**<br><br><br>**St. John's Physicians & Clinics<br>P. O. Box 2580<br>Springfield, MO 65801** | | | **2008 - 2009**<br><br>**Employees Medical Bills** | | X | | **5,874.08** |

Sheet no. __10__ of __13__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | **17,896.62**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Modern Exteriors of Springfield, Inc.**_____  Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Staples**<br>Dept. 56-0000314361<br>P. O. Box 6899020<br>Des Moines, IA 50368-9020 | | | **2009 - 2011**<br>**Credit Card** | | X | | 744.45 |
| ACCOUNT NO.<br>**Stephen Fossler Co.**<br>439 S. Dartmoor Dr.<br>Crystal Lake, IL 60014 | | | **2008**<br>**Trade Debt** | | X | | 322.44 |
| ACCOUNT NO.<br>**Sunbelt Environmental Services**<br>621 N. Prince Lane<br>Springfield, MO 65802 | | | **2010**<br>**Trade Debt** | | X | | 300.00 |
| ACCOUNT NO.<br>**Sutherlands**<br>GE Money Bank<br>P. O. Box 960061<br>Orlando, FL 32896-0061 | | | **2009**<br>**Credit Account** | | X | | 6,269.04 |
| ACCOUNT NO.  **1031-CV16316**<br>**Thermal Industries, Inc.**<br>c/o Douglas S. Evans<br>P. O. Box 10545<br>Springfield, MO 65808 | X | | **12/14/2010**<br>**Money Judgment** | | X | | 36,548.66 |

Sheet no. _11_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ 44,184.59

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Modern Exteriors of Springfield, Inc.**                          Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Van Dyke's Restorer's Wholesale 1801 Van Dyke Dr. Mitchell, SD 57301** | | | **2009** **Trade Debt** | | X | | 1,295.13 |
| ACCOUNT NO.  **Walmart c/o Bennett Law c/o Certegy Payment Recovery Serv. P. O. Box 30184 Tampa, FL 33630-3184** | | | **2010** **Payroll checks cashed on account that had been seized** | | X | | 1,087.84 |
| ACCOUNT NO.  **WCA Waste Systems P. O. Box 553166 Detroit, MI 48255-3166** | | | **2010** **Trash & Recycling Service** | | X | | 1,452.61 |
| ACCOUNT NO.  **Webster County Citizen 221 S. Commercial Seymour, MO 65746** | | | **2008 - 2010** **Advertising** | | X | | 407.64 |
| ACCOUNT NO.  **Wheeler Metals 3100 W. 40th St. N. Muskogee, OK 74401** | | | **2008 - 2009** **Trade Debt** | | X | | 172.53 |

Sheet no. _12_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | 4,415.75

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **Modern Exteriors of Springfield, Inc.**                                    Case No. _____
                                    **Debtor**                                                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **1031-CV19033**<br><br>**Yellow Book Sales & Dist. Co.**<br>**c/o Vogler Law Firm**<br>**P. O. Box 419037**<br>**St. Louis, MO 63141**<br><br>**Yellow Book USA**<br>**P. O. Box 6448**<br>**Carol Stream, IL 60197-648** | X | | **4/5/2011**<br><br>**Money Judgment** | | X | | **48,821.93** |

Sheet no.  13  of  13  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $                **48,821.93**

Total  ➤ $              **369,818.90**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**B6G (Official Form 6G) (12/07)**

In re:  <u>Modern Exteriors of Springfield, Inc.</u>                    ,    Case No.  _____
                                          **Debtor**                                                      **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re: **Modern Exteriors of Springfield, Inc.**_____.     Case No. _____

Debtor                                    (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Glenn R. Atkinson**<br>**4267 N. State Hwy. H**<br>**Springfield, MO 65803** | **Dennis L. Peak**<br>**c/o Steven E. Marsh**<br>**2060 E. Sunshine**<br>**Springfield, MO 65804** |
| **Glenn R. Atkinson**<br>**4267 N. State Hwy. H**<br>**Springfield, MO 65803** | **Meek Lumber Yard, Inc.**<br>**c/o Charles B. Tuck**<br>**3812 S. Fremont**<br>**Springfield, MO 65804** |
| **Glenn R. Atkinson**<br>**4267 N. State Hwy. H**<br>**Springfield, MO 65803** | **Norandex Building Materials Dist.**<br>**c/o Michael H. Berman**<br>**P. O. Box 480707**<br>**Kansas City, MO 64148** |
| **Glenn Atkinson**<br>**4627 N. State Hwy. H**<br>**Springfield, MO 65803** | **Shelter Distribution, Inc.**<br>**c/o Kevin L. Seltzer**<br>**222 S. Central Ave. #1004**<br>**Clayton, MO 63105** |
| **Glenn R. Atkinson**<br>**4267 N. State Hwy. H**<br>**Springfield, MO 65803** | **Thermal Industries, Inc.**<br>**c/o Douglas S. Evans**<br>**P. O. Box 10545**<br>**Springfield, MO 65808** |
| **Glenn R. Atkinson**<br>**4267 N. State Hwy. H**<br>**Springfield, MO 65803**<br><br>**Glenn R. Atkinson**<br>**4267 N. State Hwy. H**<br>**Springfield, MO 65803**<br><br>**Glenn R. Atkinson**<br>**4267 N. State Hwy. H**<br>**Springfield, MO 65803**<br><br>**Glenn R. Atkinson**<br>**4267 N. State Hwy. H**<br>**Springfield, MO 65803** | **Toyota Motor Credit Corp**<br>**PO Box 2431**<br>**Carol Stream IL  60132-2431** |
| **Glenn R. Atkinson**<br>**4627 N. State Hwy. H**<br>**Springfield, MO 65803** | **Yellow Book Sales & Dist. Co.**<br>**c/o Vogler Law Firm**<br>**P. O. Box 419037**<br>**St. Louis, MO 63141** |

## UNITED STATES BANKRUPTCY COURT
### Western District of Missouri

In re:   **Modern Exteriors of Springfield, Inc.**          Case No. _____

Chapter   **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1.  Gross Income For 12 Months Prior to Filing:                   $    **704,907.85**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   2.  Gross Monthly Income:                                                                    $         **58,742.32**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 3.  Net Employee Payroll (Other Than Debtor) | $ | **14,556.50** |
| 4.  Payroll Taxes | | **2,910.41** |
| 5.  Unemployment Taxes | | **365.76** |
| 6.  Worker's Compensation | | **1,941.84** |
| 7.  Other Taxes | | **2,219.00** |
| 8.  Inventory Purchases (Including raw  materials) | | **16,445.60** |
| 9.  Purchase of Feed/Fertilizer/Seed/Spray | | **0.00** |
| 10.  Rent (Other than debtor's principal residence) | | **1,512.00** |
| 11.  Utilities | | **1,865.00** |
| 12.  Office Expenses and Supplies | | **50.00** |
| 13.  Repairs and Maintenance | | **200.00** |
| 14.  Vehicle Expenses | | **1,919.88** |
| 15.  Travel and Entertainment | | **400.00** |
| 16.  Equipment Rental and Leases | | **50.00** |
| 17.  Legal/Accounting/Other Professional Fees | | **750.00** |
| 18.  Insurance | | **1,571.12** |
| 19.  Employee Benefits (e.g., pension, medical, etc.) | | **1,057.78** |

  20.  Payments to Be Made Directly By Debtor to Secured Creditors For
         Pre-Petition Business Debts (Specify):

       **None**                                                 _____

  21.  Other (Specify):

       **Advertising**                                          **4,200.00**

  22.  Total Monthly Expenses (Add items 3 - 21)                       $         **52,014.89**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

  23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)      $          **6,727.43**

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Modern Exteriors of Springfield, Inc.**                                    Case No. _____

                                Debtor                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Glenn R. Atkinson**, the **President** of the **Corporation** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of     **29**_____ sheets *(Total shown on summary page plus 1)*,
and that they are true and correct to the best of my knowledge, information, and belief.

Date _ **7/15/2011**_____          Signature:  **/s/ Glenn R. Atkinson**_____

                                                           **Glenn R. Atkinson President**_____
                                                           [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (4/10)

## UNITED STATES BANKRUPTCY COURT
### Western District of Missouri

In re: **Modern Exteriors of Springfield, Inc.**                    ,          Case No. _____

_____ Debtor                                                (If known)


# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 1,434,737.00 | **Business Operation** | **2009** |
| 650,159.56 | **Business Operation** | **2010** |
| 425,828.25 | **Business Operation thru July 15** | **2011** |

## 2.  Income other than from employment or operation of business

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|--------|--------|---------------------|

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑ a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|---------------------|

None ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|------------------------------|------------------------------|-----------------------------------|---------------------|
| **Gorrell Enterprises Pittsburgh, PA** | **5/10/2011** | **6,392.36** | **0.00** |
| **Greene County Collector of Revenue Springfield, MO** | **6/7/2011** | **15,096.28** | **0.00** |
| **TEMO Sun Rooms Detroit, MI** | **4/29/2011;  5/17/2011; 5/20/2011; 6/30/2011** | **18,542.05** | **0.00** |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☐ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|----------------------------------------------------------|-----------------|-------------|---------------------|
| **Glenn R. Atkinson     President/Owner** | **1/4/2011 - 7/15/2011** | **28,396.28** | |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **Division of Employment Security**<br>   **1031-MC01454** | **Tax Lien** | **Circuit Court**<br>**Greene County**<br>**Springfield, MO** | **Judgment** |
| **Herman Building Materials v. Modern Exteriors of Springfield, Inc.**<br>   **0931-CV00686** | **Breach of Contract** | **Circuit Court**<br>**Greene County**<br>**Springfield, MO** | **Judgment** |
| **Missouri Employers Mutual v. Modern Exteriors of Springfield, Inc.**<br>   **1031-CV17093** | **Breach of Contract** | **Circuit Court**<br>**Greene County**<br>**Springfield, MO** | **Judgment** |
| **Alside Supply v. Modern Exteriors of Springfield, Inc.**<br>   **1031-CV14119** | **Breach of Contract** | **Circuit Court**<br>**Greene County**<br>**Springfield, MO** | **Judgment** |
| **Thermal Industries, Inc. v. Modern Exteriors of Springfield, Inc. et al.**<br>   **1031-CV16316** | **Breach of Contract** | **Circuit Court**<br>**Greene County**<br>**Springfield, MO** | **Judgment** |
| **Division of Employment Security**<br>   **0931-MC02697** | **Tax Lien** | **Circuit Court**<br>**Greene County**<br>**Springfield, MO** | **Judgment** |
| **Yellow Book Sales v. Modern Exteriors of Springfield et al.**<br>   **1031-CV19033** | **Breach of Contract** | **Circuit Court**<br>**Greene County**<br>**Springfield, MO** | **Judgment** |
| **Department of Revenue v. Modern Exteriors of Springfield, Inc.**<br>   **1131-MC00526** | **Tax Lien** | **Circuit Court**<br>**Greene County**<br>**Springfield, MO** | **Judgment** |
| **Shelter Distribution, Inc. v. Modern Exteriors of Springfield et al.**<br>   **0931-CV12835** | **Breach of Contract** | **Circuit Court**<br>**Greene County**<br>**Springfield, MO** | **Judgment** |
| **Division of Employment Security**<br>   **1031-MC03156** | **Tax Lien** | **Circuit Court**<br>**Greene County**<br>**Springfield, MO** | **Judgment** |
| **Department of Revenue v. Modern Exteriors of Springfield**<br>   **1031-MC05167** | **Tax Lien** | **Circuit Court**<br>**Greene County**<br>**Springfield, MO** | **Judgment** |
| **Dept. of Revenue v. Modern Exteriors of Springfield**<br>   **1031-MC03975** | **Tax Lien** | **Circuit Court**<br>**Greene County**<br>**Springfield, MO** | **Judgment** |
| **Dennis L. Peak v. Modern Exteriors of Springfield, Inc. et al.**<br>   **31196CC3966** | **Personal Injury** | **Circuit Court**<br>**Greene County**<br>**Springfield, MO** | **Pending** |
| **Norandex Building Materials Distribution, Inc. v. Modern Exteriors of Springfield, Inc. et al.**<br>   **0931-CV15267** | **Breach of Contract** | **Circuit Court**<br>**Greene County**<br>**Springfield, MO** | **Judgment** |

**4**

| Meek Lumber Yard v. Modern Exteriors of Springfield, Inc. et al.
0931-CV03449 | Breach of Contract | Circuit Court
Greene County
Springfield, MO | Judgment |
| AT&T Advertising, LP v. Modern Exteriors of Springfield, Inc.
1031-CV07996 | Breach of Contract | Circuit Court
Greene County
Springfield, MO | Judgment |

None ☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS
OF PERSON FOR WHOSE
BENEFIT PROPERTY WAS SEIZED | DATE OF
SEIZURE | DESCRIPTION
AND VALUE OF
PROPERTY |
| --- | --- | --- |
| AT&T Advertising, LP
c/o Douglas S. Evans
P. O. Box 10545
Springfield, MO 65808 | 08/27/2010 | Seized $7,122.83 from Citizens National Bank Account |
| Missouri Dept. of Labor
P. O. Box 59
Jefferson City, MO 65104-0059 | 07/11/2011 | Seized $4,528.50 from Guaranty Bank account |

## 5.  Repossessions, foreclosures and returns

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS
OF CREDITOR OR SELLER | DATE OF REPOSSESSION,
FORECLOSURE SALE,
TRANSFER OR RETURN | DESCRIPTION
AND VALUE OF
PROPERTY |
| --- | --- | --- |

## 6.  Assignments and receiverships

None ☑   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS
OF ASSIGNEE | DATE OF
ASSIGNMENT | TERMS OF
ASSIGNMENT
OR SETTLEMENT |
| --- | --- | --- |

None ☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS
OF CUSTODIAN | NAME AND ADDRESS
OF COURT
CASE TITLE & NUMBER | DATE OF
ORDER | DESCRIPTION
AND VALUE OF
PROPERTY |
| --- | --- | --- | --- |

5

### 7.  Gifts

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Habitat for Humanity 2410 S. Scenic Springfield, MO 65807** | | **05/17/2011** | **16 Wood windows valued at $500.00** |

### 8.  Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Raymond I. Plaster 2032 E. Kearney #107 Springfield, MO 65803** | **5/6/2011** | **15000.00** |

## 10.  Other transfers

None   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the
☐   debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **John & Deandra Cram** **2164 E. Milton** **Republic, MO 65738** | **12/28/2010** | **Sold Ironman Gutter Machine and 2006 Interstate Trailer for $20,000.00 which was traded out in services performed for the benefit of Debtor by buyer** |
| **Sterling Moore** **536 N. Orchard Crest** **Springfield, MO 65802** | **09/01/2010** | **Sold tractor and dump trailer for $35,000.00 - Sterling Moore and Sabrina Moore have traded labor to Debtor in exchange for payments on the equipment - balance left on note is $10,245.53** |

None   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a
☑   self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11.  Closed financial accounts

None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed,
☑   sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking,
savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks,
credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors
filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12.  Safe deposit boxes

None   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within
☑   **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑

a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

8

None
☑ b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑ c.      List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Modern Exteriors of Springfield** | | **810 W. Norton Road Springfield, MO 65803** | **Construction/Rem odeling** | 04/23/2010 |
| **Modern Exteriors of Springfield, Inc.** | 20-2168307 | **810 W. Norton Road Springfield, MO 65803** | **Construction/Rem odeling** | 01/03/2005 |

None
☑ b.        Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner or more than 5 percent of the voting or equity securities of a corporation; a partner, other than limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept
❑   or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Brenda Tilton** | **4/2010 - 8/2010** |
| **Cathy Glassburner** | **8/2006 - 3/2010** |
| **Sabrina Moore** | **8/2010 thru present** |

None   b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited
❑   the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Linda Maus, CPA**<br>**496 US Hwy. 60E**<br>**Republic, MO 65738** | | **1991 thru present - tax preparation** |

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account
☑   and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☑   financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the
❑   taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other<br>basis) | |
|---|---|---|---|
| **12/31/2010** | **John Cram** | **143,752.45** | **Cost** |
| **12/31/2009** | **Wayne Hawkins** | **203,172.93** | **Cost** |

None   b. List the name and address of the person having possession of the records of each of the inventories reported
☑   in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN<br>OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
☑   partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

**10**

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Glenn R. Atkinson**<br>**4627 N. State Hwy. H**<br>**Springfield, MO 65803** | **President** | **100%** |

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None ☑    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

None ☑    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

11

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   __7/15/2011_____          Signature   **/s/ Glenn R. Atkinson**_____

                                                **Glenn R. Atkinson, President**_____
                                                Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

          _____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

MOW 1009-1.2 (05/07)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

IN RE:                                              )
                                                    )
**Modern Exteriors of Springfield, Inc.**           )
                                                    )
                                                    )    Case No.
                                                    )
            Debtor(s)                               )
                                                    )

### VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date:    __7/15/2011_____          **/s/ Glenn R. Atkinson**_____

                                                **Glenn R. Atkinson,President**
                                                        Signature of Debtor

Instructions: Include in voluntary petition package if matrix is filed at case opening. File as a separate document when a matrix or amended matrix is uploaded after the date the petition is filed.

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Western District of Missouri

In re:   **Modern Exteriors of Springfield, Inc.**

Debtor

Case No. _____

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **20,000.00** |
| Prior to the filing of this statement I have received | $ **15,000.00** |
| Balance Due | $ **5,000.00** |

2. The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]
      **See attached fee agreement**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **See attached fee agreement**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **7/15/2011**

**/s/Raymond I. Plaster**
**Raymond I. Plaster, Bar No.  35485**

**Raymond I. Plaster, P.C.**
Attorney for Debtor(s)